| STACY L. DRATEN, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, ORDAIJAH HENYARD AND DECEDENT, TROY DRATEN | * | NO. 2020-CA-0519 |
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| VERSUS | * | |
| | * | |
| UNIVERSITY MEDICAL CENTER MANAGEMENT CORPORATION D/B/A UNIVERSITY MEDICAL CENTER NEW ORLEANS, ET AL. | * | |
| | * * * * * * * | |

*TGC*

**CHASE, J., CONCURS IN THE RESULT**